

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2016

No. 04-15-00594-CR

Bo Jett **LITTLETON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

# O R D E R

     Appellees' second motion for extension of time to file their brief is granted. We order the brief due on December 9, 2016.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court